IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JENNIFER PARKER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: 14-00072 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C. | § | |

**PLAINTIFF'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

TO:   Defendant, Wal-Mart Stores of Texas, LLC, by and through its attorney of record, John Ramirez, Bush & Ramirez, 24 Greenway Plaza, Suite 1700, Houston, Texas 77046

COMES NOW, JOLENE ABSHER, Plaintiff in the above-styled and numbered cause of action and pursuant to Fed. R. Civ. P. 26(a)(1), files the following Initial Disclosures:

A)   The name, and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

**Jennifer Parker**
**c/o Jeffrey N. Todd**
**THE LAW FIRM OF ALTON C. TODD**
**312 S. Friendswood Drive**
**Friendswood, Texas 77546**
*Plaintiff*

**Wal-Mart Stores Texas, L.L.C.**
**c/o John Ramirez**
**Bush & Ramirez**
**24 Greenway Plaza, Suite 1700**
**Houston, Texas 77046**
*Defendant*

**Plaintiff's medical providers and their custodians' of records for medical and billing records:**

**Dr. Kevin Varner**
**Methodist Orthopedics**
**Attn: Medical & Billing Records**
**6550 Fannin Suite 2600**
**Houston, Texas 77030**

**Dr. David Loncarich**
**Fondren Orthopedics**
**Attn: Medical & Billing Records**
**7401 Main Street**
**Houston, Texas 77030**

**Dr. David Bloome**
**Fondren Orthopedics**
**Attn: Medical & Billing Records**
**7401 Main Street**
**Houston, Texas 77030**

**St. John's Hospital**
**Attn: Medical & Billing Records**
**18300 St. John Drive**
**Houston, Texas 77058**

**One Step Diagnostic**
**2401 FM 646 Road West Suite B**
**Dickinson, Texas 77539**

**Mainland Hospital**
**Attn: Medical & Billing Records**
**6801 Emmett F. Lowry Expressway**
**Texas City, Texas 77591**

**UTMB Galveston**
**301 University**
**Galveston, Texas 77555**

**St. John's Sports Medicine**
**Attn: Medical & Billing Records**
**18100 St. John Drive Suite 100**
**Houston, Texas 77058**

**Ergo Rehab**
**Attn: Medical & Billing Records**
**10737 Gulf Freeway**
**Houston, Texas 77034**

**Dr. Jerome Carter**
**Attn: Medical & Billing Records**
**4201 Garth Road Suite 212**
**Baytown, Texas 77521**

>Dr. Benoy Benny
>The Spine Sports Center
>Attn: Medical & Billing Records
>2100 West Loop South Suite 150
>Houston, Texas 77027

B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

**See attached the following medical and billing records:**

| Document: | Type (Medical/Billing) | Bates No.'s |
|---|---|---|
| One Step Diagnostic | Medical | 0339-0340 |
| One Step Diagnostic | Billing | 0341 |

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**See (B) above.**

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**None.**

>Respectfully submitted,
>
>By:  /s/ Jeffrey N. Todd
>      Jeffrey N. Todd
>      State Bar No. 24028048
>      Federal ID No. 1308
>
>ATTORNEYS IN CHARGE FOR PLAINTIFF

OF COUNSEL:
THE LAW FIRM OF ALTON C. TODD
312 S. Friendswood Drive
Friendswood, Texas 77546
(281) 992-8633
(281) 648-8633 Facsimile No.

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been forwarded to all known counsel of record and other entities and individuals as reflected below, on this the 9TH day of June 2014 via the method(s) indicated:

| | |
|---|---|
| John A. Ramirez<br>BUSH & RAMIREZ<br>24 Greenway Plaza, Suite 1700<br>Houston, Texas 77046 | *Via E-File and Facsimile* |

                                                                                                                             **/s/ Jeffrey N. Todd**
                                                                                                                               Jeffrey N. Todd