IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JENNIFER PARKER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-00072 |
| | § | |
| | § | |
| WAL-MART STORES, INC. | § | |

## DEFENDANT, WAL-MART STORES TEXAS, L.L.C.'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, DEFENDANT, WAL-MART STORES TEXAS, L.L.C., [Incorrectly named "Wal-Mart Stores, Inc."], and pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, files these Supplemental Initial Disclosures

Respectfully submitted,

BUSH & RAMIREZ, P.L.L.C.

_____
John A. Ramirez
TBA No. 00798450
Federal Bar No. 21280
Julie C. Warnock
TBA No. 24063574
Federal Bar No. 1107157
5615 Kirby Drive, Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
jramirez.atty@bushramirez.com
jwarnock.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all counsel of record pursuant to the Texas Rules of Civil Procedure on this the 15th day of July 2014.

Jeffrey Todd
Law Office of Alton Todd
312 S. Friendswood Drive
Friendswood, Texas 77546


_____
JOHN A. RAMIREZ/JULIE C. WARNOCK

2 | DEFENDANT, WAL-MART STORES TEXAS, LLC'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

## DEFENDANT WAL-MART STORES TEXAS FIRST SUPPLEMENTAL INITIAL DISCLOSURES

### A. Individuals with Discoverable Information

1. The name, address (work and home), and telephone number (work and home) of individuals likely to have discoverable information relevant to the disputed facts:

**SUPPLEMENTAL RESPONSE:**

**In supplement to its previous response, Defendant provides the following:**

Jennifer Parker
c/o Jeffrey Todd
Law Office of Alton Todd
312 S. Friendswood Drive
Friendswood, Texas 77546
(281) 992-8633
*Plaintiff*

Wal-Mart Stores Texas, LLC
702 S.W. 8th Street
Bentonville, AR 72716-8095
c/o John A. Ramirez
Bush & Ramirez, PLLC
5615 Kirby Drive, Ste. 900
Houston, Texas 77005
(713) 626-1555
*Defendant*

Brandon Jensen, Store Manager
Jeremy McCool, ASM
Wal-Mart Store No. 3298
255 FM 518 Road
Kemah, Texas 77565
c/o John A. Ramirez
Bush & Ramirez, PLLC
5615 Kirby Drive, Ste. 900
Houston, Texas 77005
(713) 626-1555

Tameka Virgance, Store Manager
Murphy Oil Gas Station
(281) 538-9829

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
ADVANCED PAIN MANAGEMENT SPECIALISTS OF BAYTOWN
720 Rollingbrook Street
Baytown, Texas 77521
(281) 420-9355
Jerome O. Carter, MD
Heather Colon, Custodian of Medical and Billing Records
*Plaintiff's Healthcare Provider*

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
CHRISTUS ST. JOHN SPORTS MEDICINE AND REHABILITATION
c/o Houston Methodist St. John Hospital
18300 St. John Drive
Nassau Bay, Texas 77058
(281) 523-2112
Hadaesha Portley, Custodian of Billing Records
*Plaintiff's Healthcare Provider*

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
ERGONOMIC REHABILITATION OF HOUSTON
283 Lockhaven, Ste. 315
Houston, Texas 77073
(281) 821-4200
Jose Leyva, MD
Ashley Cope, DPT
Danielle Yassall, PT
Rozi Sabanoglu, PTA
Tammie McMahan, Custodian of Medical and Billing Records
*Plaintiff's Healthcare Provider*

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
FONDREN ORTHOPEDIC GROUP, LLP
7401 Main Street
Houston, Texas 77030
(713) 799-2300
David M. Bloome, MD
*Plaintiff's Healthcare Provider*

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
FUNCTIONAL RESTORATION SERVICES, LLC
11275 South Sam Houston Parkway West, Ste. 150
Houston, Texas 77031
(832) 328-4545
Jose Leyva, MD
Ashley Cope, DPT
Danielle Yassall, PT
Rozi Sabanoglu, PTA
*Plaintiff's Healthcare Provider*

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
ONE STEP DIAGNOSTIC
11221 Katy Freeway, Ste. 201
Houston, Texas 77079
(713) 461-7272
Andrew Varady, MD
Laurn P. Henry, Custodian of Medical and Billing Records

Any and all physicians, physician assistants, nurses, medical assistants, technicians, healthcare providers, staff and/or custodian(s) of record for:
THE SPINE AND SPORTS CENTER
Aka Center for Spine & Sports Rehabilitation Excellence
2100 West Loop South, Ste. 150
Houston, Texas 77027
(713) 590-2700
Benoy Benny, MD
Rubi Perez, Custodian of Medical and Billing Records
*Plaintiff's Healthcare Provider*

## B. Relevant Documents and Tangible Things

RESPONSE:

See documents previously produced:

| Description | Bates Beginning | Bates Ending |
|---|---|---|
| Incident Report | D000001 | D000002 |
| Customer Statement | D000003 | D000003 |
| ASM Jerry McCool Statement | D000004 | D000005 |
| Video Request Form | D000006 | D000006 |
| Surveillance Video | D000007 | D000007 |
| Plaintiff's Recorded Statement | D000008 | D000023 |
| Photographs | D000024 | D000042 |

SUPPLEMENTAL RESPONSE:

In supplement to its previous response, Defendant produces the following:

| Description | Bates Beginning | Bates Ending |
|---|---|---|
| Ergo Rehab – Medical and Billing | D000095 | D000127 |
| One Step Diagnostics – Medical and Billing | D000128 | D000144 |
| The Spine & Sports Center –Medical and Billing | D000145 | D000173 |
| Jerome O. Carter, MD – Medical and Billing | D000174 | D000187 |
| Christus St. John Sports Medicine and Rehab – Billing | D000188 | D000207 |

## C. Information Related to Calculation of Damages

3.      Any economic damages should be calculated by adding the reasonable and necessary medical expenses that the Plaintiff would not have incurred, but for the occurrence in question, plus the Plaintiff's loss of income based on pre-accident or most recent earnings that best indicate what post-accident earnings should have been, given the Plaintiff's wage or salary rate, hours or days worked, and amount of time reasonably missed as a result for the occurrence in question, and which Plaintiff would not have missed but for the occurrence in question.

Such calculations should exclude charges related to prior or subsequent conditions, overcharges, charges for narratives and time giving testimony, litigation expenses and expenses that would not have been necessary had the Plaintiff mitigated damages.

Such calculations should also be reduced to present value by an economist or annuitant based on formulas found in economic texts.

However, Defendant denies that Plaintiff suffered any economic damages as a result of the occurrence in question. Defendant would object to the use of this disclosure to the extent that Plaintiff may seek to use it to place the burden of proving the amount of Plaintiff's damages upon the Defendant, or may use this disclosure to prove Plaintiff's damages when such disclosure is based on work product and does not constitute admissible evidence.

### D. Insurance

4. All insurance agreements required to be disclosed are described below:

RESPONSE:

Will supplement.

**SUPPLEMENTAL RESPONSE:**

**In supplement to its previous response, Defendant produces the following:**

| Description | Bates Beginning | Bates Ending |
|---|---|---|
| Insurance Declaration Sheet | D000208 | D000210 |